Humberto Guizar, Esq. SBN 125769
LAW OFFICES OF HUMBERTO GUIZAR
3500 West Beverly Boulevard
Montebello, CA 90640
Tel: (323) 725-1151
Fax: (323) 725-0350
e-mail:herito@aol.com

Dale K. Galipo, Esq. SBN. 144074
LAW OFFICES OF DALE K. GALIPO
21800 BURBANK Boulevard, Suite 310
Woodland Hills, California 91367
Tel: (818) 347-3333
Fax: (818) 347-4118
e-mail:dalekgalipo@yahoo.com

Attorneys for Plaintiff JOSHUA RICE

FILED 2009 DEC 23 PM 2:58

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA RICE,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BELL GARDENS, OFFICER GERARDO ORNELAS, CHRISTIAN ZARATE, and DOES 1 THROUGH 10<br><br>Defendants. | CASE NO: CV09-9432 SJO (RCx)<br><br>**COMPLAINT FOR DAMAGES OF**<br>1. Unreasonable Search and Seizure-Detention and Arrest (42 U.S.C. § 1983)<br>2. Unreasonable Search and Seizure-Excessive Force and Denial of Medical Care (42 U.S.C. § 1983)<br>3. Conspiracy to Violate Civil Rights (42 U.S.C. § 1983)<br>4. Municipal Liability for Unconstitutional Custom, Practice, or Policy (42 U.S.C. § 1983)<br><br>**DEMAND FOR JURY TRIAL** |

///
///
///
///

1

**Complaint for Damages**

## COMPLAINT

Comes now, Plaintiff, JOSHUA RICE, for his complaint against Defendants CITY OF BELL GARDENS, OFFICER GERARDO ORNELAS, OFFICER CHRISTIAN ZARATE, and DOES 1 THROUGH 10, and alleges as follows:

## INTRODUCTION

1. This civil rights action seeks compensatory and punitive damages from Defendants for violating various rights under the United States Constitution and state law in connection with the July 15, 2008 encounter between defendants OFFICER GERARDO ORNELAS, CHRISTIAN ZARATE, and JOSHUA RICE.

## PARTIES

2. At all relevant times, JOSHUA RICE ("RICE") was a resident of the CITY OF BELL GARDENS, California.

3. At all relevant times, Defendant CITY OF BELL GARDENS ("CITY") is and was a duly organized public entity, form unknown, existing under the laws of the State of California. At all relevant times, CITY was the employer of Defendants OFFICER GERARDO ORNELAS, (hereinafter "ORNELAS"), OFFICER CHRISTIAN ZARATE, (hereinafter "ZARATE"), and DOES 1 through 5 ("DOE OFFICERS"), who were CITY Police Officers, and DOES 6 through 10 ("DOE SUPERVISORS"), who were managerial, supervisorial, and policymaking employees of the CITY Police Department.

4. At all relevant times, Defendants ORNELAS, ZARATE, and DOE SUPERVISORS were duly authorized employees and agents of the CITY, who were acting under color of law within the course and scope of their respective duties as Police Officers and with the complete authority and ratification of their principal, Defendant CITY. Defendants ORNELAS and ZARATE are sued in their individual capacities only.

5. At all times relevant, Defendants ORNELAS, ZARATE, DOE OFFICERS, and DOE SUPERVISORS were duly appointed officers and/or employees or agents of CITY, subject to oversight and supervision by CITY's elected and non-elected officials.

6. At all times mentioned herein, each and every defendant was the agent of each and every other defendant and had the legal duty to oversee and supervise the hiring, conduct and employment of each and every defendant herein.

7. The true names of defendants DOES 1 through 10, are unknown to Plaintiff, who therefore sues these defendants by such fictitious names. Plaintiff will seek leave to amend this complaint to show the true names and capacities of these defendants when they have been ascertained. Each of the fictitious named defendants is responsible in some manner for the conduct and liabilities alleged herein.

8. In doing the acts and failing and omitting to act as hereinafter described, Defendants ORNELAS, ZARATE, DOE OFFICERS, and DOE SUPERVISORS were acting on the implied and actual permission and consent of CITY.

## JURISDICTION AND VENUE

9. This civil action is brought for the redress of alleged deprivations of constitutional rights as protected by 42 U.S.C. §§ 1983, 1985, 1986, 1988, and the Fourth and Fourteenth Amendments of the United States Constitution. Jurisdiction is founded on 28 U.S.C. §§ 1331, 1343, and 1367.

10. Venue is proper in this Court under 28 U.S.C. § 1391(b), because Plaintiff and Defendants reside in, and all incidents, events, and occurrences giving rise to this action occurred in, the CITY OF BELL GARDENS, California.

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

11. Plaintiff repeats and realleges each and every allegation in paragraphs 1 through 10 of this Complaint with the same force and effect as if fully set forth herein.

3

12. On or about July 15, 2008, ORNELAS and ZARATE detained and arrested Plaintiff without reasonable suspicion, probable cause, or other legal justification. At some point, Plaintiff attempted to leave the area. ORNELAS used deadly force on the Plaintiff by shooting Plaintiff in back of his leg. After the shooting Plaintiff fell to the ground from the gunshot. While Plaintiff was on the floor and squirming in pain Defendant ZARATE came up to the Plaintiff and with violent force kicked Plaintiff in the head. Plaintiff was unarmed and never posed a threat to anyone.

13. After the shooting both of the above named officers, defendants, fabricated a false account of the incident in their report in an attempt to justify their misconduct.

14. Defendants ORNELAS and ZARATE intentionally delayed providing Plaintiff with medical care.

15. This aforementioned shooting of the Plaintiff and the kick to Plaintiff's head caused Plaintiff to sustain substantial physical and emotional injuries.

16. During the entire encounter described above, Plaintiff RICE was not armed and, Plaintiff did not verbally threaten or otherwise attempt to punch, kick, or grab either Defendant ORNELAS or ZARATE.

17. Plaintiff RICE did not refuse medical aid at the scene. Plaintiff had obvious physical injuries including severe injuries to his femur and his head that were visible at the scene.

18. Defendants ORNELAS, and ZARATE did not immediately report the use of force or provide medical assistance for the Plaintiff as they were required to do.

19. Although having actual and constructive notice and knowledge of Plaintiff's serious injuries Plaintiff's need for immediate medical care defendants ORNELAS, ZARATE, and DOES 1-10 ignored Plaintiff's injuries and need for medical care.

20. Defendant ORNELAS, ZARATE, and DOES 1-10, acted with deliberate indifference, and with the specific intent to cause Plaintiff harm by intentionally delaying Plaintiff's need for medical care.

4

**Complaint for Damages**

21. As a direct result of Defendants' wrongful detention and arrest, shooting, excessive force, failure to provide Plaintiff with appropriate medical care, and cover-up, Plaintiff suffered severe pain and suffering, mental anguish, humiliation, and emotional distress.

## FIRST CLAIM FOR RELIEF

**Unreasonable Search and Seizure-Detention and Arrest (42 U.S.C. § 1983) (Against Defendants ORNELAS,. ZARATE, and DOE OFFICERS)**

22. Plaintiff repeats and realleges each and every allegation in paragraphs 1 through 21 of this Complaint with the same force and effect as if fully set forth herein.

23. Defendants ORNELAS, ZARATE and DOES 1-10 detained and arrested Plaintiff in violation of his right to be secure in his person against unreasonable searches and seizures as guaranteed to the Plaintiff under the Fourth Amendment to the United States Constiution and applied to state actors by the Fourteenth Amendment.

24. The actions of Defendant ORNELAS, ZARATE, and DOES 1-10 deprived Plaintiff of his right to be free from state actions that shock the conscience under the Fourteenth Amendment's Due Process Clause.

25. As a result of the conduct of ORNELAS, ZARATE, and DOES 1-10, are liable for Plaintiff's injuries, either because they were integral participants in the wrongful detention and arrest, or because they both failed to intervene to prevent these violations.

26. The conduct of Defendant ORNELAS, ZARATE, and DOES 1-10 was willful, wanton, malicious and done with an evil motive and intent and a reckless disregard for the rights and safety of Plaintiff, and therefore warrants the imposition of

**Complaint for Damages**

exemplary and punitive damages as to Defendants ORNELAS, ZARATE, and DOES 1-10.

27. Accordingly, Defendants ORNELAS, ZARATE, and DOES 1-10 each are liable to Plaintiff for compensatory and punitive damages under 42 U.S.C. § 1983.

## SECOND CLAIM FOR RELIEF

**Unreasonable Search and Seizure-Excessive Force and Denial of Medical Care (42 U.S.C. § 1983) (Against Defendants ORNELAS, ZARATE, and DOE OFFICERS)**

28. Plaintiff repeats and realleges each and every allegation in paragraphs 1 through 27 of this Complaint with the same force and effect as if fully set forth herein.

29. The unjustified shooting of Plaintiff by Defendant ORNELAS, the subsequent unjustified use of excessive force by defendant ZARATE, and the wrongful denial of medical care by defendants ORNELAS, ZARATE, and DOES 1-10, deprived Plaintiff of his right to be secure in his person against unreasonable searches and seizures as guaranteed to Plaintiff under the Fourth Amendment to the United States Constitution and applied to state actors by the Fourteenth Amendment.

30. The actions of Defendants ORNELAS, ZARATE, and DOES 1-10 deprived Plaintiff of his right to be free from state actions that shock the conscience under the Fourteenth Amendment's Due Process Clause.

31. As a result of the conduct of Defendants ORNELAS, ZARATE and DOES 1-10, they are liable for Plaintiff's injuries, either because they were integral participants in the excessive force and denial of medical care, or because they failed to intervene to prevent these violations.

32. The conduct of Defendants ORNELAS, ZARATE, and DOES 1-10 was willful, wanton, malicious and done with an evil motive and intent and a reckless disregard for the rights and safety of Plaintiff and therefore warrants the imposition of

6

Complaint for Damages

exemplary and punitive damages as to Defendants ORNELAS, ZARATE, and DOES 1-10.

33. Accordingly, Defendants ORNELAS, ZARATE, and DOES 1-10 each are liable to Plaintiff for compensatory and punitive damages under 42 U.S.C. § 1983.

### THIRD CLAIM FOR RELIEF

**Conspiracy to Violate Civil Rights (42 U.S.C. § 1983)**

**(Against Defendants ORNELAS, ZARATE, and DOES 1-10)**

34. Plaintiff repeats and realleges each and every allegation in paragraphs 1 through 33 of this Complaint with the same force and effect as if fully set forth herein.

35. During the course of this incident, Defendants ORNELAS, ZARATE, and DOES 1-10 conspired to and in fact did deprive Plaintiff of his right to be secure in his person against unreasonable searches and seizures, and of his right to be free from state actions that shock the conscience, as guaranteed by the Fourth and Fourteenth Amendments.

36. All rights of Plaintiff, as set forth, were violated by Defendants ORNELAS, ZARATE, and DOES 1-10 by their wrongful use of excessive force, denial of medical care, and cover-up, as more specifically set forth.

37. On information and belief, Defendants ORNELAS, ZARATE, and DOES 1-10 agreed and conspired, and shared the same conspiratorial objective with each other to use excessive force against Plaintiff, purposefully disregard his medical needs, and covered up their misdeeds in violation of Plaintiff's constitutional rights.

38. As a proximate result of Defendants' conspiracy to violate Plaintiff's constitutional rights, Plaintiff suffered severe pain and suffering, mental anguish, humiliation, and emotional distress.

39. The conduct of Defendants ORNELAS, ZARATE, and DOES 1-10 was willful, wanton, malicious and done with an evil motive and intent and a reckless disregard

for the rights and safety of Plaintiff and therefore warrants the imposition of exemplary and punitive damages as to Defendants ORNELAS, ZARATE, and DOES 1-10 only.

40. Accordingly, Defendants ORNELAS, ZARATE, and DOES 1-10 each are liable to Plaintiff for compensatory and punitive damages under 42 U.S.C. § 1983.

## FOURTH CLAIM FOR RELIEF

**Municipal Liability for Unconstitutional Custom or Policy (42 U.S.C. § 1983) (Against Defendants CITY and DOE SUPERVISORS)**

41. Plaintiff hereby repeats, re-states, and incorporates each and every allegation in paragraphs 1 through 40 of this Complaint with the same force and effect as if fully set forth herein.

42. On and for some time prior to July 15, 2008 (and continuing to the present date) Defendants CITY and DOE SUPERVISORS, deprived Plaintiff of the rights and liberties secured to him by the Fourth and Fourteenth Amendments to the United States Constitution, in that said defendants and their supervising and managerial employees, agents, and representatives, acting with gross negligence and with reckless and deliberate indifference to the rights and liberties of the public in general, of Plaintiff, and of persons in their class, situation and comparable position in particular, knowingly maintained, enforced and applied an official recognized CITY custom, policy, and practice of:

(a) Employing and retaining as Police Officers and other personnel, including Defendants ORNELAS, ZARATE, and DOES 1-5, who Defendants CITY and DOE SUPERVISORS at all times material herein knew or reasonably should have known had dangerous propensities for abusing their authority and for mistreating citizens by failing to follow written CITY Police Department policies and for using excessive force;

(b) Of inadequately supervising, training, controlling, assigning, and disciplining CITY Police Officers, and other CITY personnel, including Defendants ORNELAS, ZARATE, and DOES 1-5, who Defendants CITY and DOE SUPERVISORS each knew or in the exercise of reasonable care should have known had the aforementioned propensities and character traits;

(c) By maintaining grossly inadequate procedures for reporting, supervising, investigating, reviewing, disciplining and controlling the intentional misconduct by Defendants ORNELAS, ZARATE, and DOES 1-5, who are CITY Police Officers;

(d) By having and maintaining an unconstitutional custom and practice of using excessive force, denying injured suspects immediate medical care, and covering up police misconduct. These customs and practices by CITY and DOE SUPERVISORS were condoned by said defendants in deliberate indifference to the safety and rights of its civilian, including Plaintiff.

43. By reason of the aforementioned policies and practices of Defendants CITY and DOE SUPERVISORS, Plaintiff has suffered severe pain and suffering, mental anguish, humiliation, and emotional distress.

44. Defendants CITY and DOE SUPERVISORS, together with various other officials, whether named or unnamed, had either actual or constructive knowledge of the deficient policies, practices and customs alleged in the paragraphs above. Despite having knowledge as stated above these defendants condoned, tolerated and through actions and inactions thereby ratified such policies. Said defendants also acted with deliberate indifference to the foreseeable effects and consequences of these policies with respect to the constitutional rights of Plaintiffs, and other individuals similarly situated.

45. By perpetrating, sanctioning, tolerating and ratifying the outrageous conduct and other wrongful acts, Defendants CITY and DOE SUPERVISORS acted with an intentional, reckless, and callous disregard for the well-being of Plaintiff and his

**Complaint for Damages**

constitutional as well as human rights. Defendants CITY and DOE SUPERVISORS and each of their actions were willful, wanton, oppressive, malicious, fraudulent, and extremely offensive and unconscionable to any person of normal sensibilities.

46. Furthermore, the policies, practices, and customs implemented and maintained and still tolerated by Defendants CITY and DOE SUPERVISORS were affirmatively linked to and were a significantly influential force behind the Plaintiffs' injuries.

47. Accordingly, Defendants CITY and DOE SUPERVISORS each are liable to Plaintiffs for compensatory damages under 42 U.S.C. § 1983.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests entry of judgment in his favor and against Defendants CITY OF BELL GARDENS, Defendants ORNELAS, ZARATE, and DOES 1-10, inclusive, as follows:

1. For compensatory damages in the amount to be proven at trial;
2. For punitive damages against the individual defendants in an amount to be proven at trial;
3. For interest;
4. For reasonable costs of this suit and attorneys' fees; and
5. For such further other relief as the Court may deem just, proper, and appropriate.

///
///
///
///
///
///
///

**Complaint for Damages**

| | | |
|---|---|---|
| 1 | Dated: December 22, 2009 | LAW OFFICES OF HUMBERTO GUIZAR |
| 2 | | |
| 3 | | |
| 4 | by: | *[signature]* |
| 5 | | HUMBERTO GUIZAR Esq., Attorney For Plaintiff JOSHUA RICE |

Dated: December 22, 2009        LAW OFFICES OF DALE K. GALIPO

by:        *[signature]*
DALE K. GALIPO Esq.,
Attorney For Plaintiff
JOSHUA RICE

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury.

Dated: December 22, 2009          LAW OFFICES OF HUMBERTO GUIZAR

by: *[signature]*
HUMBERTO GUIZAR Esq.,
Attorney For Plaintiff
JOSHUA RICE

Dated: December 22, 2009          LAW OFFICES OF DALE K. GALIPO

by: *[signature]*
DALE K. GALIPO Esq.,
Attorney For Plaintiff
JOSHUA RICE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge S. James Otero and the assigned discovery Magistrate Judge is Rosalyn M. Chapman.

The case number on all documents filed with the Court should read as follows:

```
CV09- 9432 SJO (RCx)
```

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Humberto Guizar, Esq. SBN:125769
Law Offices of Humberto Guizar
3500 West Beverly Boulevard
Montebello, CA 90640
Tel: (323) 725-1151  Fax: (323) 725-0350

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA RICE<br><br>PLAINTIFF(S)<br>v.<br><br>CITY OF BELL GARDENS, OFFICER GERARDO ORNELAS, , CHRISTIAN ZARATE, and DOES 1 THROUGH 10<br>DEFENDANT(S). | CASE NUMBER<br><br>CV09-9432 SJO (RCx)<br><br>SUMMONS |

TO:  DEFENDANT(S): CITY OF BELL GARDENS, OFFICER GERARDO ORNELAS, Identification Number 489, CHRISTIAN ZARATE, Identification Number 495, and DOES 1 THROUGH 10

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Law Offices of Humberto Guizar, whose address is 3500 W. Beverly Blvd., Montebello, CA 90640. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: 2 3 DEC 2009

By: _____
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                    SUMMONS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
JOSUHA RICE

**DEFENDANTS**
CITY OF BELL GARDENS, OFFICER GERARDO ORNELAS, Identification Number 495, CHRISTIAN ZARATE, Identification Number 495, and DOES 1 through 10

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

HUMBERTO GUIZAR
LAW OFFICES OF HUMBERTO GUIZAR
3500 W. Beverly Blvd., Montebello, CA 90640, 323-725-1151

**Attorneys (If Known)**

---

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☒ No       ☒ **MONEY DEMANDED IN COMPLAINT: $_____**

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | | | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | | | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 443 Housing/Acco- mmodations | | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 690 Other | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | ☒ 440 Other Civil Rights | | |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | |

**FOR OFFICE USE ONLY:**   Case Number: _____

CV09-9432

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                          CIVIL COVER SHEET                          Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☑ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| JOSUHA RICE, LOS ANGELES COUNTY | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☑ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| CITY OF BELL GARDENS, LOS ANGELES COUNTY, OFFICER GERARDO ORNELAS, CHRISTIAN ZARATE | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES COUNTY | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date _____

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |