CV 09-9432 SJO (RCx)
<u>Joshua Rice v. City of Bell Gardens, et al.</u>

# DISTRICT JUDGE S. JAMES OTERO

## SCHEDULE OF PRETRIAL DATES

| Matter | Time | Day(s) or Weeks Before Trial | Plaintiff's Request | Defendant's Request | Court Order |
|---|---|---|---|---|---|
| **Trial Date (Jury) Estimated Length: 4 Days** | 9:00 a.m. | | 5/24/11 | 5/24/11 | |
| **Final Pretrial Conference; Discuss Previously-Filed Motions in Limine; File Agreed-Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed *Voir Dire* Questions and Agreed-To Statement of Case; File Witness List, Exhibit List, and Trial Brief** | 9:00 a.m. | 8 days before trial | 5/16/11 | 5/16/11 | |
| **Last Day for Hearing Motions** | | 45 days before trial | 4/11/11 | 4/11/11 | |
| **Discovery Cut-Off** | | 90 days before trial | 2/23/11 | 2/23/11 | |

## ADDITIONAL MATTERS TO BE DETERMINED AT SCHEDULING CONFERENCE

L.R. 16-14 Settlement Choice: (1) CT/USMJ (2) Atty (3) Outside ADR (4) Trial Court

| | | | | | |
|---|---|---|---|---|---|
| **Last Day to Conduct Settlement Conference** | | 3 weeks prior to pretrial conference | 4/25/11 | 4/25/11 | |
| **Last Day to Amend Pleadings or Add Parties** | | within 30 days from scheduling conference | 5/28/10 | 5/28/10 | |