04/29/2010 THU 14:08 FAX 310 532 7395 Aleshire & Wynder, llp ☒002/009
Case 2:09-cv-09432-SJO-RC   Document 20   Filed 04/29/10   Page 1 of 2   Page ID #:73

04/27/2010 17:31   18183474118   PAGE 04/07

Case 2:09-cv-09432-SJO-RC   Document 3   Filed 12/23/09   Page 2 of 3

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| JOSHUA RICE | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV09- 9432 SJO (RCx) |
| v. | |
| CITY OF BELL GARDENS, | ADR PILOT PROGRAM QUESTIONNAIRE |
| DEFENDANT(S). | |

(1) What, if any, discovery do the parties believe is essential in order to prepare adequately for a settlement conference or mediation? Please outline with specificity the type(s) of discovery and proposed completion date(s). Please outline any areas of disagreement in this regard. Your designations do not limit the discovery that you will be able to take in the event this case does not settle.

The parties believe the following discovery is necessary: depositions of Plaintiffs, the involved officers and any witnesses; production of documents including officer personnel files, City policies, investigation/use of force reports and any recorded statements of officers and witnesses.

(2) What are the damage amounts being claimed by each plaintiff? Identify the categories of damage claimed [e.g., lost profits, medical expenses (past and future), lost wages (past and future), emotional distress, damage to reputation, etc.] and the portion of the total damages claimed attributed to each category.

Plaintiff Joshua Rice claims compensatory damages, punitive damages, medical expenses, emotional distress and lost wages. Plaintiff will be better suited to determine the approximate amount of each category of damages after some discovery.

ADR-9 (02/04)   ADR PILOT PROGRAM QUESTIONNAIRE

Case 2:09-cv-09432-SJO-RC   Document 3   Filed 12/23/09   Page 3 of 3

(3) Do the parties agree to utilize a private mediator in lieu of the court's ADR Pilot Program?

Yes ☒   No ☐

(4) If this case is in category civil rights - employment (442), check all boxes that describe the legal bases of plaintiff claim(s).

☐ Title VII                                  ☐ Age Discrimination

☐ 42 U.S.C. section 1983                     ☐ California Fair Employment and Housing Act

☐ Americans with Disabilities Act of 1990    ☐ Rehabilitation Act

☐ Other _____

I hereby certify that all parties have discussed and agree that the above-mentioned responses are true and correct.

_April 29, 2010_            _Melanie J. Partow_
Date                        Attorney for Plaintiff (Signature)

                            _Melanie T. Partow_
                            Attorney for Plaintiff (Please print full name)

_April 12/10_               _[signature]_
Date                        Attorney for Defendant (Signature)

                            _Glen E. Tucker_
                            Attorney for Defendant (Please print full name)

ADR-8 (02/04)                               ADR PILOT PROGRAM QUESTIONNAIRE