Humberto Guizar, Esq. SBN 125769
LAW OFFICES OF HUMBERTO GUIZAR
3500 West Beverly Boulevard
Montebello, CA 90640
Tel: (323) 725-1151
Fax: (323) 725-0350

Dale K. Galipo, SBN. 144074
dalekgalipo@yahoo.com
Melanie T. Partow, SBN 254843
mpartow@galipolaw.com
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Blvd., Suite 310
Woodland Hills, California  91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA RICE, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF BELL GARDENS; OFFICER GERARDO ORNELAS, an individual; OFFICER R. ACOSTA, an individual; and DOES 2 THROUGH 10, inclusive, <br><br> Defendants. <br> _____ | **Case No.: CV 09-09432 SJO (RCx)** <br><br> [*Honorable S. James Otero*] <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR LEAVE FOR PLAINTIFFS TO FILE A FIRST AMENDED COMPLAINT** <br><br> [Joint Stipulation and [Proposed] First Amended Complaint *filed concurrently herewith*] |

# [PROPOSED] ORDER

Having reviewed the parties' Joint Stipulation for Leave to File a First Amended Complaint and to Dismiss Officer Christian Zarate, and good cause appearing therefore,

It is hereby ordered as follows:

Christian Zarate is dismissed with prejudice;

Plaintiff's First Amended Complaint is deemed filed as of the date of this Order;

Defendants have 20 days to file an Answer to Plaintiff's First Amended Complaint from the date of service of any newly named Defendant.

**IT IS SO ORDERED.**

Dated: _____

by: _____
Honorable S. James Otero
District Court Judge
Central District of California